IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDITH MILESTONE,

    Plaintiff,

v.

CITY OF MONROE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-199-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant City of Monroe against plaintiff Edith Milestone dismissing the complaint.

_____
Peter Oppeneer, Clerk of Court

1/11/10
Date